**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT ROBINSON, as Independent Administrator of the Estate of CORY ULMER, deceased, | ) | Case No. 1:25-cv-06643 |
| Plaintiff, | ) | Honorable Andrea R. Wood |
| v. | ) | |
| | ) | |
| COOK COUNTY SHERIFF, et al. | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT: JANUARY 20, 2026**

1. **Current Status of Discovery:**

The parties' initial Fed. R. Civ. P. 26(a)(1) disclosures were exchanged on 11/26/2025. Plaintiff tendered 2824 pages of documentation to Defendants under FRCP 26(a)(1)(A)(ii). On 1/14/2026, Rajkowski tendered supplemental disclosures. On 1/20/26, the other Cook County Sheriff Defendants tendered supplemental disclosures.

The Sheriff and Correctional Officer Defendants submitted their reply in support of their motion to dismiss on 12/17/2025. Following several extensions, Defendant Rajkowski submitted his reply on 1/13/2026. All briefings on various Defendants' motions to dismiss are now complete and awaiting a ruling.

Over the last several weeks, the parties have been conferring about a confidentiality order and a HIPAA/MHDDCA protective order. Counsel for all parties met via telephone call on 1/15/2026 to discuss. The parties are close to an agreement on the HIPAA/MHDDCA protective order and expect to file it within the next few days.

Plaintiff opposes the Cook County Sheriff Defendants' proposed additions to the Northern District of Illinois Model Confidentiality Order but will continue conferring to try to reach an agreement without seeking this Court's involvement. Plaintiff's current position is that the model/standard confidentiality order be issued, with the bracketed language tailored to the case. Plaintiff sent correspondence outlining case law and objections to Defendants on January 8, 2026. The meet-and-confer on 01/15/2026 requires additional discussion.

The parties' written discovery requests will be issued (by agreement) on or before 1/27/2026.

The Illinois State Police has not provided a complete response to the subpoena issued by Plaintiff on 10/17/26. Plaintiff has sent a deficiency notice letter on 1/7/2026 and is working with their department on the request. Plaintiff does not require this Court's involvement at this time but may need to file a rule to show cause and/or motion to compel. Plaintiff will continue to make a

reasonable inquiry with Master Sergeant Dan Douglas regarding the production of the documents requested under subpoena.

At this time, the Parties are not aware of any reason they will not be able to complete fact discovery by the 1/29/2027 deadline.

**2. Settlement:**

The parties have been discussing a settlement over the last several weeks. The parties do not request a referral to the magistrate judge for a settlement conference at this time.

**3. Telephonic Status Hearing:**

The Plaintiff requests a telephonic status hearing in the second week of March to discuss the status of the written discovery and depositions.

Respectfully submitted,

/s/ Lisa M. McElroy
Lisa M. McElroy (mcelroyl@jbltd.com)
Monica Burkoth (burkothm@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
*Attorney for Defendants Cook County Sheriff, Reyes, Davis, Sprayberry, Garcia, Alvarez, Codd, Matanic, Jackson, Lesnicki, O'Hearn, Novak, Preto, Romo, Kavanaugh, Kelly, Wilks, Carr, and Hollis*

/s/ Jesse B. Guth
Jesse B. Guth
(jesse@guthlawoffice.com)
Guth Law Office, LLC
21 S. Evergreen Ave, Suite 200-112
Arlington Heights, IL 60005
(312) 529-5875
*Attorney for Plaintiff*

/s/ William Ragen
William Ragen (William.ragen@cookcountysao.org)
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7944
*Attorney for Cook County d/b/a Cermak Health Services, Balawander, Colon, Haq, James, Johnson, Khan, Munoz, Omodora, Sheehan, Tawadros, and Trani*

/s/ Jessica D. Ratner
Jessica D. Ratner
(Jessica.Ratner@cookcountysao.org)
Cook County State's Attorney's Office
50 W. Washington Street, Suite 2760
Chicago, Illinois 60602
(312) 603-1434
*Attorney for Rajkowski*

**CERTIFICATE OF SERVICE**

Plaintiff's attorney hereby certifies that on the 20th day of January, 2026, a copy of the foregoing JOINT STATUS REPORT was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system and that participates in this case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jesse B. Guth
Jesse B. Guth
(jesse@guthlawoffice.com)
Guth Law Office, LLC
21 S. Evergreen Ave, Suite 200-112
Arlington Heights, IL 60005
(312) 529-5875
*Attorney for Plaintiff*