**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT ROBINSON, as Independent Administrator of the Estate of CORY ULMER, deceased, | ) | Case No. 1:25-cv-06643 |
| Plaintiff, | ) | Hon. Andrea Wood |
| v. | ) | Hon. Maria Valdez |
| COOK COUNTY SHERIFF, et al. | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT MOTION TO STAY THE RESPONSIVE PLEADING DEADLINE DUE TO SETTLEMENT IN PRINCIPLE**

Defendants, COOK COUNTY SHERIFF, THOMAS DART, in his official capacity; OFFICER DANIEL ALVAREZ (#17342); DIRECTOR BRYAN CARR; OFFICER KYLE CODD (#18348); NIGEL COLEMAN (#15940); OFFICER KARLTON DAVIS (#15430); OFFICER JOSHUA GARCIA (#16401); ASSISTANT DIRECTOR LONNIE HOLLIS; OFFICER THOMAS KAVANAUGH (#18920); LIEUTENANT LEROY KELLY; OFFICER JOHN LESNICKI (#16596); OFFICER MICHAEL MATANIC (#16451); TIMOTHY MAYO (#16867); OFFICER JOSHUA NOVAK (#15806); OFFICER BRENT O'HEARN (#16544); OFFICER JOHN PRETO (#17344); ENRIQUE ROMERO, (#17557); OFFICER RAMIRO ROMO (#17159); OFFICER CHAD SPRAYBERRY (#17560); and EXECUTIVE DIRECTOR JUSTIN WILKS; by and through their attorneys, JOHNSON & BELL LTD., and Defendants COOK COUNTY, AHLEAH BALAWENDER, LENA COLON, DR. YASER HAQ, SOUMYA JAMES, ANITA JOHNSON, DR. MARGHOOB KHAN, LAUREN MUNOZ, BUNMI OMODARA, GARY SHEEHAN, MINA TAWADROS, and RINA TRANI, by and through their attorney, William Ragen, COOK COUNTY STATE'S ATTORNEY'S OFFICE, and Defendants SERGEANT ENRIQUE REYES (#3379), and OFFICER JASON JACKSON (#17877), by and

through their attorney, Chad M. Skarpiak, CASSIDAY SCHADE LLP, and Defendant OFFICER MARIO RAJKOWSKI (#15651), by and through his attorney, Jessica Ratner, COOK COUNTY STATE'S ATTORNEY'S OFFICE, respectfully move this Honorable Court to stay the July 29, 2026, responsive pleading deadline as the parties have reached a settlement agreement in principle resolving all claims against all defendants in this lawsuit. In support of this Motion, Defendants state as follows:

1. On June 23, 2026, the Court granted Plaintiff leave to file his First Amended Complaint and directed the Defendants who had already appeared to answer or otherwise respond by July 8, 2026. (Dkt. 105.) Plaintiff filed his First Amended Complaint that same day. (Dkt. 106.)

2. On July 1, 2026, the parties engaged in a non-binding all-day mediation session with ADR Systems. The matter did not settle. However, the mediation was productive, and the parties engaged in ongoing settlement discussions. (Dkt. 111 at 3.)

3. On July 8, 2026, the Defendants jointly moved for an extension of their deadline to answer and/or otherwise respond to the First Amended Complaint in light of the ongoing settlement discussions. (Dkt. 110.)

4. On July 21, 2026, this Honorable Court granted the motion and extended the responsive pleading deadline to July 29, 2026. (Dkt. 114.)

5. On July 28, 2026, the parties reached a settlement agreement in principle resolving all claims against all defendants in this lawsuit.

6. The parties are presently in the process of drafting a settlement agreement and general release.

7. The settlement agreement in principle remains subject to approval by the Cook County Finance Subcommittee on Litigation meeting to be held on September 23, 2026.

8. The settlement funds disbursement is expected to be addressed and completed at the Cook County Finance Committee meeting to be held on October 21, 2026.

9. Defendants therefore request that their deadline to answer and/or otherwise respond to the operative complaint be stayed, to allow time for the settlement approval process to be completed.

10. A stay will not materially prejudice any party. Answering or otherwise responding to the operative complaint while the settlement awaits approval would require the parties to incur expenses that will become unnecessary once the settlement is approved.

11. District courts have broad discretion in managing discovery. *Crawford-El v. Britton*, 523 U.S. 574, 598-99 (1998); *James v. Hyatt Regency Chicago*, 707 F.3d 775, 784 (7th Cir. 2013). That discretion includes the authority to limit and control the timing and sequence of discovery. Fed. R. Civ. P. 26(d). The Court also has inherent authority to stay proceedings to conserve the time and effort of the Court, counsel, and the parties. *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936).

12. Good cause exists because the parties have agreed to resolve the case, the settlement approval process is underway, and no party will be prejudiced by staying the responsive pleading deadline while that process is completed.

Defendants respectfully request that this Honorable Court stay the responsive pleading deadline and direct the parties to file status reports on settlement on September 25, 2026, and October 23, 2026, and grant any other relief the Court deems just and appropriate.

Dated: July 29, 2026

Respectfully submitted,

*/s/ Lisa M. McElroy*
One of the Attorneys for Cook County Sheriff and Certain Officer Defendants
Lisa M. McElroy (mcelroyl@jbltd.com)
John P. Sheridan (sheridanj@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, Illinois 60603
(312) 372-0770

*/s/ William Ragen*
One of the Attorneys for Cook County and Cook County Health Defendants
William Ragen (william.ragen@cookcountysao.org)
Supervisor, Medical Litigation Section
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7944

*/s/ Chad M. Skarpiak*
One of the Attorneys for Sgt. Reyes and Officer Jackson
Chad M. Skarpiak (cskarpiak@cassiday.com)
Cassiday Schade LLP
222 West Adams St., Ste. 2900
Chicago IL 60606
(312) 444-2458

*/s/ Jessica Ratner*
One of the Attorneys for Officer Rajkowski
Jessica Ratner (Jessica.Ratner@cookcountysao.org)
Supervisor – Conflicts Counsel Unit
Cook County State's Attorney's Office
50 W. Washington St., Ste. 2760
Chicago, IL 60602
(312) 603-1424

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I electronically filed Defendants' joint agreed motion with the Clerk of the Court using the CM/ECF system on July 29, 2026. Pursuant to FED. R. CIV. P. 5(b)(3) and the Northern District of Illinois' LR 5.9, I have thereby electronically served all Filing Users with a copy of Defendants' joint agreed motion.

*/s/ Lisa M. McElroy*
One of the Attorneys for Cook County Sheriff and Certain Officer Defendants
Lisa M. McElroy (mcelroyl@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
John P. Sheridan (sheridanj@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, Illinois 60603
(312) 372-0770