**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT ROBINSON, as Independent Administrator of the Estate of CORY ULMER, deceased, | ) | Case No. 1:25-cv-06643 |
| Plaintiff, | ) | |
| v. | ) | Hon. Andrea Wood |
| | ) | |
| COOK COUNTY SHERIFF, et al. | ) | Hon. Maria Valdez |
| Defendants. | ) | |

**JOINT STATUS REPORT: AUGUST 28, 2026**

Pursuant to the Court's July 31, 2026, order (Dkt. 121), the parties jointly submit this status report regarding settlement.

1. The parties have reached a settlement in principle to resolve this matter.

2. On July 31, 2026, Judge Wood stayed Defendants' responsive pleading deadline until further order of Court, struck the August 12, 2026 status hearing, and directed the parties to file settlement status reports on September 25 and October 23, 2026. (Dkt. 122).

3. Since the Court entered the stay, the parties have been working cooperatively to finalize the written settlement agreement and related dismissal documents. Defendants circulated initial drafts of a settlement agreement and stipulation to dismiss, and Plaintiff has provided proposed modifications, edits, and revisions. The parties are continuing to confer regarding the remaining terms and mechanics of the settlement.

4. The settlement is also subject to additional governmental and probate procedures before payment and final dismissal can be completed. The parties presently anticipate that the proposed settlement will be presented to the Cook County Finance Subcommittee on Litigation on or about September 23, 2026. Following anticipated Subcommittee approval and the parties' execution of the settlement agreement, Plaintiff anticipates promptly presenting the settlement to the Probate Division of the Circuit Court of Cook County for the orders necessary to administer the settlement proceeds.

5. The parties presently anticipate additional County approval and payment processing following the September 23 meeting, including consideration by the Finance Committee and Cook County Board in October 2026.

6. The parties remain committed to completing the settlement and presently anticipate that the matter can be resolved without further discovery.

The parties respectfully request that the discovery stay remain in effect while the parties complete the settlement process.

Respectfully submitted,

/s/ Jesse B. Guth
Jesse B. Guth (jesse@guthlawoffice.com)
Guth Law Office, LLC
21 S. Evergreen Ave, Suite 200-112
Arlington Heights, IL 60005
(312) 529-5875
*Attorney for Plaintiff*

/s/ Lisa M. McElroy
Lisa M. McElroy (mcelroyl@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
*Attorneys for Defendants Cook County Sheriff, Davis, Sprayberry, Garcia, Alvarez, Codd, Matanic, Lesnicki, O'Hearn, Novak, Preto, Romo, Kavanaugh, Kelly, Wilks, Carr, Hollis, Coleman, Mayo, and Romero*

/s/ William Ragen
William Ragen
(William.ragen@cookcountysao.org)
Michael Gorman
(Michael.gorman@cookcountysao.org)
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7944
*Attorneys for Cook County d/b/a Cermak Health Services, Balawender, Colon, Haq, James, Johnson, Khan, Munoz, Omodara, Sheehan, Tawadros, and Trani*

/s/ Jessica D. Ratner
Jessica D. Ratner
(Jessica.Ratner@cookcountysao.org)
Elpitha B. Lambros
(elpitha.lambros@cookcountysao.org)
Cook County State's Attorney's Office
50 W. Washington Street, Suite 2760
Chicago, Illinois 60602
(312) 603-1434
*Attorneys for Rajkowski*

/s/ Chad M. Skarpiak
Chad M. Skarpiak (cskarpiak@cassiday.com)
Danielle Krispin (dkrispin@cassiday.com)
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
*Attorneys for Defendants Reyes and Jackson*