**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT ROBINSON, as Independent Administrator of the Estate of CORY ULMER, deceased, | ) | Case No. 1:25-cv-06643 |
| Plaintiff, | ) | |
| v. | ) | Hon. Andrea Wood |
| | ) | |
| COOK COUNTY SHERIFF, et al. | ) | Hon. Maria Valdez |
| Defendants. | ) | |

**<u>DEFENDANTS' JOINT STATUS REPORT</u>**

Pursuant to this Honorable Court's July 31, 2026, order (Dkt. 122), the defendants submit the following Joint Status Report:

1. On July 1, 2026, the parties engaged in a non-binding all-day mediation session with ADR Systems. The matter did not settle. However, the mediation was productive, and the parties engaged in ongoing settlement discussions. (Dkt. 111 at 3.)

2. On or about July 27, 2026, the parties reached a settlement agreement in principle resolving all claims against all defendants in this lawsuit.

3. Defendants tendered their standard settlement agreement and general release to Plaintiff, and Plaintiff responded with extensive redline edits. The parties are actively working to finalize the language the written settlement agreement reflecting the terms of the settlement agreement.

4. The settlement was presented and approved by the Cook County Finance Subcommittee on Litigation meeting on September 23, 2026.

5. The executed settlement agreement and general release must be submitted to the Cook County States' Attorney's Office today to be placed on the agenda for the Cook County Finance Committee meeting scheduled on October 21, 2026, to address settlement funds

disbursement. However, the parties have not finalized the language or executed the settlement agreement and general release, and the parties are still working cooperatively toward execution of the agreement.

6. The executed settlement agreement and general release must be submitted to the Cook County States' Attorney's Office by October 27, 2026, to be placed on the agenda for the November Cook County Finance Committee meeting to address settlement funds disbursement.

7. The parties are to file their next status report on settlement on October 23, 2026. Defendants respectfully request that the October 23, 2026, status report deadline be stricken, and reset to October 28, 2026. (Dkt. 122).

Respectfully submitted,

*/s/ Lisa M. McElroy*
One of the Attorneys for Cook County Sheriff and Certain Officer Defendants
Lisa M. McElroy (mcelroyl@jbltd.com)
John P. Sheridan (sheridanj@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, IL 60603
(312) 372-0770

*/s/ William Ragen*
One of the Attorneys for Cook County and Cook County Health Defendants
William Ragen (william.ragen@cookcountysao.org)
Supervisor, Medical Litigation Section
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7944

*/s/ Chad M. Skarpiak*
One of the Attorneys for Sgt. Reyes and Officer Jackson
Chad M. Skarpiak (cskarpiak@cassiday.com)
Cassiday Schade LLP
222 West Adams St., Ste. 2900
Chicago IL 60606
(312) 444-2458

*/s/ Jessica Ratner*
One of the Attorneys for Officer Rajkowski
Jessica Ratner (Jessica.Ratner@cookcountysao.org)
Supervisor – Conflicts Counsel Unit
Cook County State's Attorney's Office
50 W. Washington St., Ste. 2760
Chicago, IL 60602
(312) 603-1424

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I electronically filed Defendants' joint status report with the Clerk of the Court using the CM/ECF system on September 24, 2026. Pursuant to FED. R. CIV. P. 5(b)(3) and the Northern District of Illinois' LR 5.9, I have thereby electronically served all Filing Users with a copy of Defendants' joint status report.

*/s/ Lisa M. McElroy*

One of the Attorneys for Cook County Sheriff and Certain Officer Defendants
Lisa M. McElroy (mcelroyl@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
John P. Sheridan (sheridanj@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, Illinois 60603
(312) 372-0770