**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT ROBINSON, as Independent Administrator of the Estate of CORY ULMER, deceased, | ) | |
| | ) | Case No. 1:25-cv-06643 |
| Plaintiff, | ) | |
| v. | ) | Hon. Andrea Wood |
| | ) | |
| COOK COUNTY SHERIFF, et al. | ) | Hon. Maria Valdez |
| Defendants. | ) | |

**JOINT STATUS REPORT: OCTOBER 20, 2026**

Pursuant to the Court's October 13, 2026 Minute Order (Dkt. 128), the Parties jointly submit this status report regarding settlement:

1. The parties mediated this matter on July 1, 2026, and reached a settlement in principle on or about July 27, 2026.

2. The settlement was presented to and approved by the Cook County Finance Subcommittee on Litigation on September 23, 2026. Defendants previously advised the Court that an executed settlement agreement submitted to the Cook County State's Attorney's Office by October 27, 2026, can be placed on the agenda for the November Cook County Finance Committee meeting. *See* Dkt. 125 ¶¶ 4, 6.

3. Since the parties' last status reports, counsel have continued negotiating the written settlement agreement and have now resolved the remaining disputed terms.

4. The final remaining dispute concerned the timing of Cook County's payment of the settlement amount. Plaintiff had requested a date certain by which payment must be made, but Cook County advised that it would not agree to a deadline for payment. In light of the parties' agreement that the action will remain pending until payment is received, and to avoid further

delaying execution of the settlement and the County approval process, Plaintiff has agreed to proceed without a fixed payment deadline.

5. The parties understand and agree that Cook County will issue the settlement payment following completion of the required County approval and payment process. The written settlement agreement provides that Cook County will deliver payment promptly following all required County approvals.

6. The parties further understand and agree that Plaintiff will not dismiss this action before the settlement funds are received by the Estate. Following receipt of the settlement payment, Plaintiff will cause the action to be dismissed with prejudice in accordance with the terms of the settlement agreement.

7. Defendants have advised that, following execution of the settlement agreement, the settlement will be submitted for the next available County approval cycle and thereafter processed for payment through the County's ordinary approval and payment procedures. Consistent with Defendants' prior representation to the Court, counsel presently anticipate submission of the executed agreement by the October 27, 2026 deadline for placement on the November Finance Committee agenda. *See* Dkt. 125 ¶ 6.

8. All counsel signing this Joint Status Report acknowledge the foregoing understanding concerning the County approval and payment process and that dismissal of this action will occur only after Plaintiff receives the settlement funds.

9. The parties further agree that all existing litigation holds and preservation obligations shall remain in effect until this action is dismissed.

10. A separate settlement status report is due before Judge Wood on October 23, 2026. *See* Dkt. 122. The parties intend to provide Judge Wood with a consistent update concerning execution of the agreement and the County approval and payment process.

11. The parties therefore respectfully request that the existing stays remain in place while the County completes its approval and payment process. The parties further request that the Court set a further settlement status report following the November Finance Committee meeting so that the Court may be advised of the status of approval, payment, and dismissal.

Respectfully submitted,

/s/ Lisa M. McElroy
Lisa M. McElroy (mcelroyl@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
*Attorneys for Defendants Cook County Sheriff, Davis, Sprayberry, Garcia, Alvarez, Codd, Matanic, Lesnicki, O'Hearn, Novak, Preto, Romo, Kavanaugh, Kelly, Wilks, Carr, Hollis, Coleman, Mayo, and Romero*

/s/ Jesse B. Guth
Jesse B. Guth (jesse@guthlawoffice.com)
Guth Law Office, LLC
21 S. Evergreen Ave, Suite 200-112
Arlington Heights, IL 60005
(312) 529-5875
*Attorney for Plaintiff*

/s/ William Ragen
William Ragen
(William.ragen@cookcountysao.org)
Michael Gorman
(Michael.gorman@cookcountysao.org)
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7944
*Attorneys for Cook County d/b/a Cermak Health Services, Balawender, Colon, Haq, James, Johnson, Khan, Munoz, Omodara, Sheehan, Tawadros, and Trani*

/s/ Jessica D. Ratner
Jessica D. Ratner
(Jessica.Ratner@cookcountysao.org)
Elpitha B. Lambros
(elpitha.lambros@cookcountysao.org)
Cook County State's Attorney's Office
50 W. Washington Street, Suite 2760
Chicago, Illinois 60602
(312) 603-1434
*Attorneys for Rajkowski*

/s/ Chad M. Skarpiak
Chad M. Skarpiak (cskarpiak@cassiday.com)
Danielle Krispin (dkrispin@cassiday.com)
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
*Attorneys for Defendants Reyes and Jackson*