**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT ROBINSON, as Independent Administrator | ) | |
| of the Estate of CORY ULMER, deceased, | ) | Case No. 1:25-cv-06643 |
| Plaintiff, | ) | |
| v. | ) | Hon. Andrea Wood |
| | ) | |
| COOK COUNTY SHERIFF, et al. | ) | Hon. Maria Valdez |
| Defendants. | ) | |

**JOINT STATUS REPORT: OCTOBER 23, 2026**

Pursuant to the Court's July 31, 2026 Minute Order (Dkt. 122), Plaintiff and the undersigned Defendants jointly submit this status report regarding settlement:

1. On October 20, 2026, the parties filed a Joint Status Report with Magistrate Judge Valdez setting forth their agreement on the remaining Cook County payment process. Dkt. 129.

2. As reflected in that Joint Status Report, Cook County would not agree to a fixed payment deadline. Plaintiff agreed to proceed without a date certain for payment because the action will remain pending until payment is received and to avoid further delaying execution of the settlement. Dkt. 129 ¶ 4.

3. The parties have also agreed that all existing litigation holds and preservation obligations will remain in effect until this action is dismissed. Dkt. 129 ¶ 9.

4. Since filing the previous Joint Status Report, the parties have signed the Settlement Agreement and General Release resolving this matter for $7,250,000.00.

5. The parties have further agreed that Plaintiff will not dismiss this action before the settlement funds are received by the Estate.

6. The parties respectfully request that the Court set a further settlement status report on or about December 14, 2026, unless dismissal documents are filed prior to that date.

Respectfully submitted,

/s/ Lisa M. McElroy
Lisa M. McElroy (mcelroyl@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
*Attorneys for Defendants Cook County Sheriff, Davis, Sprayberry, Garcia, Alvarez, Codd, Matanic, Lesnicki, O'Hearn, Novak, Preto, Romo, Kavanaugh, Kelly, Wilks, Carr, Hollis, Coleman, Mayo, and Romero*

/s/ Jesse B. Guth
Jesse B. Guth (jesse@guthlawoffice.com)
Guth Law Office, LLC
21 S. Evergreen Ave, Suite 200-112
Arlington Heights, IL 60005
(312) 529-5875
*Attorney for Plaintiff*

/s/ William Ragen
William Ragen (William.ragen@cookcountysao.org)
Michael Gorman
(Michael.gorman@cookcountysao.org)
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7944
*Attorneys for Cook County d/b/a Cermak Health Services, Balawender, Colon, Haq, James, Johnson, Khan, Munoz, Omodara, Sheehan, Tawadros, and Trani*

/s/ Chad M. Skarpiak
Chad M. Skarpiak
(cskarpiak@cassiday.com)
Danielle Krispin
(dkrispin@cassiday.com)
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
*Attorneys for Defendants Reyes and Jackson*